**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| JULIA LOUISE MCDUFFY-JOHNSON | CIVIL ACTION NO. 19-0375 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DANIEL A. LANE, III | MAGISTRATE JUDGE HAYES |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct, and that judgment as recommended is warranted,

**IT IS ORDERED** that Plaintiff's Complaint (Record Document 1) is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief can be granted.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Serve (Record Document 6) is **DENIED AS MOOT**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 16th day of April, 2019.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT